IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Khalafala Moham Khalafala,    ) | No. CV-11-01636-PHX-ROS |
|                                )  | |
| Plaintiff,    ) | **ORDER** |
|                                )  | |
| vs.    ) | |
|                                )  | |
| F. Arangure, et al.,    ) | |
|                                )  | |
| Defendants.    ) | |
|                                )  | |

On May 1, 2012, Magistrate Judge James F. Metcalf issued a Report and Recommendation ("R&R") recommending this case be dismissed without prejudice. (Doc. 40). Plaintiff did not file formal objections to the R&R but did file an untimely response to an order to show cause and a motion for extension of time to complete service of process. As explained by Magistrate Judge Metcalf in his order dated June 7, 2012, Plaintiff has not offered a sufficient explanation for his failure to respond to Court orders or to complete service of process in a timely manner. Based on Plaintiff's failure to file objections to the R&R, Magistrate Judge Metcalf's June 7, 2012 order, and the history of this case, the R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 40) is **ADOPTED IN FULL**. Pursuant to Federal Rule of Civil Procedure 4(m) this case is **DISMISSED WITHOUT PREJUDICE** as to Defendant Funchess.

**IT IS FURTHER ORDERED** all Defendants having been dismissed, the Clerk shall close this case.

DATED this 12th day of June, 2012.

Roslyn O. Silver
Chief United States District Judge